UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10071-GAO

FISHMAN TRANSDUCERS, INC.,
Plaintiff,

v.

STEPHEN PAUL d/b/a "ESTEBAN," DAYSTAR PRODUCTIONS,
and HSN INTERACTIVE LLC,
Defendants.

ORDER
March 15, 2011

O'TOOLE, D.J.

With respect to the deposition testimony of Stephen Paul, the objections[1] are sustained and the contested testimony is excluded, except for the following portions:

- 8:23 to 9:02
- 9:13 to 9:24
- 30:25 to 33:14
- 60:23 to 61:12
- 64:14 to 67:03
- 68:22 to 72:17
- 106:10 to 106:23
- 117:09 to 117:14
- 119:07 to 119:16

---

[1] For the sake of clarity, the Court notes that the defendants objected to Paul Dep. 130:18–24, but the portion is not highlighted in the deposition transcript provided by the parties. The objection is sustained and that section of testimony is excluded.

- 123:12 to 124:09
- 124:22 to 124:24
- 126:07 to 126:22
- 129:09 to 130:05
- 132:24 to 139:17
- 141:10 to 143:23
- 147:25 to 151:09
- 151:24 to 158:21

It is SO ORDERED.

                                                 /s/ George A. O'Toole, Jr.
                                                 United States District Judge